**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RUSTY RENDON, an individual, and JOHN
PANARESE, an individual,

                  Plaintiff,

  -against-                                           22 **CIVIL** 10420 (CM)

                                                      **<u>JUDGMENT</u>**

BERRY GLOBAL INC.,

                  Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 30, 2023, Defendant's motion to dismiss for lack of subject matter jurisdiction is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
      May 31, 2023

                                                            **RUBY J. KRAJICK**

                                                            _____
                                                               **Clerk of Court**

                         **BY:**

                                                              _____
                                                              **Deputy Clerk**